# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARIA FERNANDEZ, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) v. | ED CV 17-2478-JAK (SPx) |
| DANIEL HIDALGO PAYAN, et al., | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____  _____
Date                       United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ District Court lacks jurisdiction
- ☐ Legally and/or factually patently frivolous
- ☐ Immunity as to _____
- ☐ Other: _____

Comments:
See accompanying proposed Order Remanding Case to State Court. Defendant also claims removal jurisdiction under 28 U.S.C. § 1443(1). But defendant has not satisfied both prongs of the two-part test required for removal under § 1443(1). See Patel v. Del Taco, Inc., 446 F.3d 996, 999 (9th Cir. 2006). In particular, defendant does not point to any state law that in fact commands state courts to ignore any federal right protecting racial equality.

December 13, 2017                    /s/ [signature]
Date                                 United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☐ This case is hereby DISMISSED immediately.
  - ☒ This case is hereby REMANDED to state court.

December 20, 2017                    John A. Kronstadt /s/
Date                                 United States District Judge

CV-73 (08/16)   ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*